**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DAVID HARRIS**                                                    **PLAINTIFF**

**v.**                                             **No. 3:25-cv-00328-MPM-JMV**

**BANK OF AMERICA**                                                 **DEFENDANT**

**JUDGMENT**

For the reasons set forth in this Court's order entered this date, and the related Motion to

Dismiss [14] having been **GRANTED**, it is hereby ordered that this case is **DISMISSED**

**WITHOUT PREJUDICE**.

This is the 30th day of July, 2026.

　/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI